SOUTHERN CALIFORNIA RETAIL DRUG-GIST ASSOCIATION, LIMITED, et al., Appellants, v. RETAIL CLERKS UNION, LO-CAL NO. 770, etc., et al., Appellees.

No. 12273.

United States Court of Appeals
Ninth Circuit.

Jan. 6, 1950.

J. Wesley Cupp, Los Angeles, Cal., for appellant.

Robert W. Gilbert, Louis A. Nissen, Los Angeles, Cal. (William B. Irvin, Los Angeles, Cal., of counsel), for appellee Local 324, and others.

Alexander H. Schullman, Los Angeles, Cal., for appellee Local 770, and others.

Before HEALY, BONE and POPE, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of the decision of this Court in California Associa-tion of Employers v. Building and Construction Trades Council, 9 Cir., 178 F. 2d 175.

Lillian H. WILLIS, Appellant, v. CONSOLI-DATED TEXTILE COMPANY, Inc., et al., Appellees.

No. 131, Docket 21519.

United States Court of Appeals
Second Circuit.

Argued Jan. 5, 1950.

Decided Jan. 11, 1950.

Emanuel Redfield, New York City, for appellant.

S. S. Jennings, Jr., Mudge, Stern, Williams & Tucker, Chadbourne, Wallace, Parke & Whiteside, J. B. Breckenridge, New York City, for appellees.

Before L. HAND, SWAN and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Duebler v. Sherneth Corporation, 2 Cir., 160 F.2d 472